No. 44388.—Protests 13769–G, etc., of Mallouk Bros., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and *United States* v. *Jabara* (22 id. 77, T. D. 47065) the Normandy and filet laces in question were held dutiable at 75 percent under paragraph 1430 as claimed.